| | | | | |
|---|---|---|---|---|
| Engel Manufacturing Company, Inc. v. Review Board of the Indiana Department of Workforce Development ............ | 93A02– 1607–EX– 1596 | 01/30/2017 | MATHIAS, J. BAKER, J. PYLE, J. | Affirmed Concurs Concurs |
| Price v. State .................. | 49A02– 1607–CR– 1665 | 01/30/2017 | VAIDIK, C.J. BRADFORD, J. ALTICE, J. | Affirmed Concurs Concurs |
| Tyson v. State.................. | 49A04– 1602–CR– 280 | 01/30/2017 | FRIEDLANDER, Sr.J. BAKER, J. RILEY, J. | Affirmed Concurs Concurs |
| R.N., In re:.................... | 90A02– 1606–JT– 1459 | 01/30/2017 | MATHIAS, J. BAKER, J. PYLE, J. | Affirmed Concurs Concurs |
| Blackmon v. State.............. | 71A04– 1606–CR– 1483 | 01/30/2017 | MATHIAS, J. BAKER, J. PYLE, J. | Affirmed Concurs Concurs |
| Walker v. State ................ | 05A02– 1607–CR– 1584 | 01/30/2017 | MATHIAS, J. BAKER, J. PYLE, J. | Affirmed Concurs Concurs |
| C.H., In re.................... | 21A01– 1609–JT– 2108 | 01/30/2017 | PYLE, J. BAKER, J. MATHIAS, J. | Affirmed Concurs Concurs |
| Twitty v. State ................ | 32A01– 1605–CR– 1113 | 01/30/2017 | FRIEDLANDER, Sr.J. BAKER, J. MATHIAS, J. | Affirmed Concurs Concurs |
| Sargent v. State ............... | 49A02– 1607–CR– 1666 | 01/30/2017 | VAIDIK, C.J. BRADFORD, J. ALTICE, J. | Affirmed Concurs Concurs |
| Moses v. State ................. | 31A01– 1604–CR– 715 | 01/30/2017 | MATHIAS, J. PYLE, J. BAKER, J. | Affirmed Concurs Dissents with opinion |
| Spicer v. State ................. | 15A01– 1512–CR– 2205 | 01/30/2017 | PYLE, J. BRADFORD, J. ALTICE, J. | Affirmed Concurs Concurs |